**NORTON ROSE FULBRIGHT**

March 11, 2025

**VIA CM/ECF**

Norton Rose Fulbright US LLP
1301 Avenue of the Americas
New York, New York  10019-6022
United States of America

Honorable Mary K. Vyskocil
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Direct line +1 212 318 3361
sean.topping@nortonrosefulbright.com

Tel +1 212 318 3000
Fax +1 212 318 3400

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/11/2025

Re:    Emergency Request to Seal ECF No. 15, *In re Subpoenas to Leeds Equity Partners and Jacques Galante* Misc. No. 1:25-mc-00079 (S.D.N.Y.), *Related to UWorld, LLC fka USMLEWorld, LLC v. USMLE Galaxy, LLC DBA Archer Review and Tart Labs*, No. 3:23-cv-00447 (N.D. Tex.)

Dear Judge Vyskocil:

Pursuant to Rule 7.1(e) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, the Southern District of New York's Sealed Records Filing Instructions, and Rule 9(B) of the Individual Rules of Practice in Civil Cases, UWorld, LLC, f/k/a USMLEWorld, LLC ("UWorld") respectfully submits this letter requesting the emergency sealing of ECF No. 15.  UWorld submits in its place a public letter regarding the sealing of ECF No. 17, 17-1, included as Exhibit A.  Alternatively, UWorld submits a version of ECF No. 15 redacting the confidential information.

"Although the right of public access to court records is firmly entrenched and well supported by policy and practical considerations, the right is not absolute."  *In re Orion Pictures Corp.*, 21 F.3d 24, 27 (2d Cir. 1994).  "Redaction may be appropriate to protect confidential information."  *Fairstein v. Netflix, Inc.*, No. 20-CV-8042 (PKC), 2023 WL 6164293, at *1 (S.D.N.Y. Sept. 21, 2023).

UWorld seeks to file under seal ECF No. 15.  UWorld inadvertently revealed the identity of a third party, which is not publicly known, and Archer Review must keep confidential.  This information is irrelevant to the Court's decision on sealing (and irrelevant to the dispute for which the sealing is requested).  The Court in the underlying action, *UWorld, LLC fka USMLEWorld, LLC v. USMLE Galaxy, LLC DBA Archer Review and Tart Labs*, No. 3:23-cv-00447 (N.D. Tex.), has ordered sealing of similar information (See ECF No. 105).  Accordingly, UWorld respectfully requests that the Court seal ECF No. 15 and allow UWorld to file Exhibit A as a replacement thereof.

Norton Rose Fulbright US LLP is a limited liability partnership registered under the laws of Texas.

Norton Rose Fulbright US LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP and Norton Rose Fulbright South Africa Inc are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com.

297188374.1

Honorable Mary K. Vyskocil
March 11, 2025
Page 2

**NORTON ROSE FULBRIGHT**

Respectfully submitted,

*/s/ Sean M. Topping*
Sean M. Topping

Partner

**GRANTED**
**ECF 15 SHALL BE SEALED PROVISIONALLY UNTIL THE RESOLUTION OF PENDING MOTION AT ECF 1 & 12.**

**SO ORDERED.**

Date: 3/11/2025
New York, New York

Mary Kay Vyskocil
United States District Judge

297188374.1